IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AIMEE JEANETTE BARTLETTE,<br><br>Defendant. | CR 22-13-BLG-SPW<br><br><br><br>ORDER DENYING MOTION FOR<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE |

On January 4, 2024, Defendant Aimee Jeanette Bartlette's U.S. Probation Officer filed a letter with the Court, seeking termination of the remaining term of Bartlette's supervised release. (Doc. 119). The Court construes the letter as a motion to terminate Bartlette's supervised release. Bartlette was sentenced on December 16, 2022, to time served with four years of supervised release. (Doc. 98). She has served approximately 13 months of her 48-month term.

In support of early termination of her supervised release, Bartlette's Probation Officer points to Bartlette's consistent employment, sobriety, and completion of mental and substance abuse counseling. (Doc. 119 at 1).

The United States objects to the early termination of Bartlette's release. (Doc. 121). The Government asserts that the purposes of sentencing are not accomplished by Bartlette's release from supervision after only serving 25% of the sentence term. (*Id.* at 2). While the Government admits Bartlette is doing very well on supervised

1

release, it asserts that continuing supervision is in the best interest of her long-term rehabilitation. (*Id.* at 2–3).

The Court appreciates the progress Bartlette has made since being placed on supervised release. However, the Court is cautious of this request at such an early stage in her supervised term and is not convinced that such an action is both "warranted by the conduct of the defendant" and in service of "the interest of justice." 18 U.S.C. § 3583(e)(1). The Court does not want to discourage Bartlette from continuing on her current path, but she has not presented sufficiently compelling reasons supporting early release from supervision. While Bartlette's progress is commendable, it is insufficient to warrant early termination with 35 months remaining.

Accordingly, IT IS HEREBY ORDERED that Bartlette's motion for early termination of supervised release (Doc. 119) is DENIED.

DATED this 22nd day of January, 2024.

Susan P. Watters
United States District Court